

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00035-CV

**ARK DIMENSION 4, INC.** and Robert Pospisil,
Appellant

v.

Michelle **GRIFFITH**, Personal Representative of the Estate of Dell O. Amy, deceased,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12575A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On May 14, 2015, the parties filed a "Joint Motion to Abate Appeal" based on a pending settlement. By order dated May 22, 2015, the motion was granted, and the appeal was abated to June 22, 2015. On June 24, 2015, the parties filed a motion to extend the abatement stating additional time is needed to finalize the settlement. The motion is GRANTED. It is ORDERED that the appellants file either a motion requesting an additional abatement extension or a motion requesting an appropriate disposition of this appeal no later than July 21, 2015. *See Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 180 (Tex. App.—San Antonio 2001, no pet.).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court